UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANANAIS ALLEN, an individual, and AUSTIN CLOY, an individual,

     Plaintiffs,

     vs.

FLIGHT SERVICES AND SYSTEMS, INC., a foreign corporation,

     Defendant.

Case No. 2:16-cv-01137

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION

NOTED FOR CONSIDERATION:
MONDAY, JUNE 5, 2017

Plaintiffs and Defendant (the "Parties"), by and through their undersigned counsel of record, stipulate and agree as follows:

## I.   STIPULATION

1.   Defendant is an aircraft service company with headquarters in Cleveland, Ohio and does business in King County.

2.   Plaintiffs seek to represent a putative class of defendant employees and former employees either Hospitality Workers or Transportation Workers as defined within Section 7.45, et seq., of the City of SeaTac Municipal Code ("Ordinance"), and claim to have been paid less than prevailing minimum wage prescribed by the Ordinance and who have not released their claims arising under the Ordinance. Dkt. 13:20-25.

3.   On May 11, 2017, plaintiffs filed Motion for Class Certification, Appointment of Class Counsel and Appointment of Class Representatives (the "Motion"). Dkts. 13-17.

STIPULATION AND ORDER TO MODIFY
BRIEFING SCHEDULE – 1

LIFE POINT LAW
31919 6th Ave. S, A100
Federal Way, WA 98003
Phone: (253) 838-3454

1    4.   The Parties have been engaged in discovery and settlement discussions and seek to

2 modify the briefing schedule extending the response deadline by thirty days. The new noting date

3 would be July 14, 2017. Defendant's response would be due by July 5, 2017 and Plaintiffs' reply

4 would be due by the new noting date.

5                                II.    ORDER

6        Based upon the above Stipulation, it is ORDERED that the parties' modification of the

7 briefing schedule is GRANTED.

8

9

10                  DATED this __8__ day of June, 2017.

11

12                                        _____
                                          **ROBERT S. LASNIK**
                                          United States District Judge

13 Presented and Approved by:

14 LIFE POINT LAW

15

16  S/_____
   Gregory A. McBroom, WSBA No. 33133
17 Attorneys for Defendant
   BADGLEY MULLINS TURNER, PLLC
18

19  S/_____
   Duncan C. Turner, WSBA No. 20597
20 Attorneys for Plaintiffs

21 LAW OFFICE OF DANIEL R. WHITMORE, PS

22

23  S/_____
   Daniel R. Whitmore, WSBA No. 24012
24 Attorneys for Plaintiffs

25

26 STIPULATION AND ORDER TO MODIFY          LIFE POINT LAW
   BRIEFING SCHEDULE – 2                    31919 6th Ave. S, A100
27                                          Federal Way, WA 98003
                                            Phone: (253) 838-3454