UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANANAIS ALLEN, *et al.*,

Plaintiffs,

vs.

FLIGHT SERVICES AND SYSTEMS, INC.,

Defendant.

Case No. C16-1137RSL

ORDER DENYING MOTIONS FOR CONTINUANCE

This matter comes before the Court on "Defendant's Opposed Motion to Modify Briefing Schedule on Motion for Class Certification" (Dkt. # 22) and "Defendant's Motion to Continue" (Dkt. # 27). In both motions, defendant argues that the class certification motion should be continued because plaintiffs had not yet responded to discovery. Defendant has not identified any information it hopes to obtain in response to its discovery requests that would justify a continuance. Defendant, as the employer of all putative class members, is in possession of most of the factual information that is relevant to the certification issue and makes no effort to show that any of the interrogatories propounded in April 2017 would shed light on the adequacy of counsel and/or the class representatives.

The motions for a continuance are DENIED. The Clerk of Court is directed to renote plaintiffs' motion for class certification (Dkt. # 13) on the Court's calendar for Friday, August 18, 2017. Defendant's response, if any, is due on Monday, August 14, 2017.

//

ORDER DENYING MOTIONS FOR
CONTINUANCE

Dated this 4th day of August, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTIONS FOR
CONTINUANCE