The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANANAIS ALLEN, an individual, and AUSTIN CLOY, an individual,<br><br>                        Plaintiffs,<br>v.<br><br>FLIGHT SERVICES AND SYSTEMS, INC., a foreign corporation,<br>                        Defendant. | Case No. 2:16-cv-1137-RSL<br><br>**JOINT MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**September 20, 2017** |

The Parties, by and through their respective counsel of record, move the Court for an Order continuing the trial date in this matter by a period of approximately six months, and continuing all unexpired court deadlines, including, but not limited to, the deadline for change in trial date, discovery cutoff, dispositive motion deadline, and pre-trial deadlines, accordingly. The Parties seek this continuance to participate in settlement discussions and alternative dispute resolution.

### I.    FACTS AND ARGUMENT

This case was originally filed in King County Superior Court on March 21, 2016. On July 22, 2016, the matter was removed from King County Superior Court and filed in the United States District Court for the Western District of Washington as a putative class action under Civil Rule 23. Trial is currently set for February 5, 2018, and the discovery cutoff is currently set for October 8, 2017. The Parties have engaged in discovery related to this case in a cooperative and

**JOINT MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 1**
**Case No. 2:16-cv-1137-RSL**

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

collaborative manner; however, additional time is needed by the Parties to participate in settlement negotiations and continued discovery. To facilitate this, the Parties respectfully request that the Court continue the trial date and unexpired case schedule deadlines by approximately six months.

Good cause exists for this continuance, and thus the Parties respectfully request:

1. A continuance of the trial date by approximately six months.

2. Issuance of an Amended Case Schedule with new scheduling dates reflecting the new trial date.

3. A continuance of all unexpired case schedule dates, including, but not limited to, the deadline for change in trial date, discovery cutoff, dispositive motion deadline, and pre-trial deadlines, in accordance and in due course to accommodate the new trial date.

## II.   CONCLUSION

For these reasons, the Parties respectfully request that the Court continue the trial date in this matter by a period of approximately six months and continue all unexpired court deadlines accordingly.

DATED this 20th day of September, 2017.

BADGLEY MULLINS TURNER PLLC

*/s/ Duncan C. Turner*
Duncan C. Turner, WSBA #20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone:  206-621-6566
Email:  dturner@badgleymullins.com
**Attorneys for Plaintiff**

LAW OFFICE OF DANIEL R. WHITMORE

*/s/Daniel R. Whitmore*
Daniel R. Whitmore, WSBA #24012
2626 15th Avenue West, Suite 200

**JOINT MOTION TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULE - 2**
**Case No.  2:16-cv-1137-RSL**

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

|   |   |
|---|---|
| 1 | Seattle, WA 98119 |
| 2 | Telephone: 206-329-8400 |
|   | Email: dan@whitmorelawfirm.com |
| 3 | **Attorneys for Plaintiff** |

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

*/s/ Jim Goh*
Jim Goh
Dominion Towers
600 17th Street, Suite 2700-S
Denver, CO 80202-5427
Telephone: 720-343-7570
Email: jgoh@constangy.com
**Attorneys for Defendant**

LIFE POINT LAW

/s/ *Gregory McBroom*
Gregory A. McBroom, WSBA #33133
31919 – 6th Avenue S, Ste A100
Federal Way, WA 98003-5365
Telephone: 253-838-3454
Email: McBroom@lifepointlaw.com
**Attorneys for Defendant**

---

**JOINT MOTION TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULE - 3
Case No.  2:16-cv-1137-RSL**

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686