The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANANAIS ALLEN, an individual, and AUSTIN CLOY, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>FLIGHT SERVICES AND SYSTEMS, INC., a foreign corporation,<br><br>    Defendant. | Case No. 2:16-cv-1137-RSL<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE |

## ORDER

WHEREAS, the Parties having filed a Joint Motion to Continue Trial Date and Amend Case Schedule, and good cause appearing:

IT IS HEREBY ORDERED that: (1) the trial in this case, currently scheduled for February 5, 2018, is hereby continued to September 6, 2018; and (2) all unexpired case schedule dates (including, but not limited to, the deadline for change in trial date, discovery cutoff, dispositive motion deadline, and pre-trial deadlines) are hereby extended accordingly to accommodate the new trial date; and

IT IS HEREBY FURTHER ORDERED that the Clerk of the Court shall issue an

[PROPOSED] ORDER GRANTING JOINT
MOTION TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULE - 1
Case No. 2:16-cv-1137-RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

Amended Case Schedule that is consistent with this Order.

DATED THIS 21st day of Sept., 2017.

_____
Honorable Robert S. Lasnik

PRESENTED BY:

BADGLEY MULLINS TURNER PLLC

/s/ Duncan C. Turner
Duncan C. Turner, WSBA #20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: 206-621-6566
Email: dturner@badgleymullins.com
**Attorneys for Plaintiff**

LAW OFFICE OF DANIEL R. WHITMORE

/s/Daniel R. Whitmore
Daniel R. Whitmore, WSBA #24012
2626 15th Avenue West, Suite 200
Seattle, WA 98119
Telephone: 206-329-8400
Email: dan@whitmorelawfirm.com
**Attorneys for Plaintiff**

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

/s/ Jim Goh
Jim Goh
Dominion Towers, 600 17th Street, Suite 2700-S
Denver, CO 80202-5427
Telephone: 720-343-7570
Email: jgoh@constangy.com
**Attorneys for Defendant**

LIFE POINT LAW

/s/ Gregory McBroom
Gregory A. McBroom, WSBA #33133
31919 – 6th Avenue S, Ste A100
Federal Way, WA 98003-5365
Telephone: 253-838-3454
Email: McBroom@lifepointlaw.com
**Attorneys for Defendant**

[PROPOSED] ORDER GRANTING JOINT
MOTION TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULE - 2
Case No. 2:16-cv-1137-RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686