The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
AT SEATTLE

| | |
|---|---|
| ANANAIS ALLEN, an individual; and AUSTIN CLOY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FLIGHT SERVICES AND SYSTEMS, INC., a foreign corporation,<br><br>Defendant. | NO. 2:16-cv-1137-RSL<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

This Court has considered Defendant Flight Services and Systems, Inc.'s Motion for Withdrawal and Substitution if Counsel, Defendant's proposed form of Order, and the records and pleadings already on file. It is, therefore,

ORDERED that the Motion for Withdrawal and Substitution of Counsel is GRANTED. It is further

ORDERED that Alan D. Schuchman, Rochelle Y. Nelson, and Skellenger Bender, P.S. are substituted as new counsel of record for Defendant Flight Services and Systems, Inc. in place of Gregory A. McBroom and Life Point Law.

///

///

ORDER GRANTING MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

015162-00101 Substitution of Counsel.docx

Dated this 14th day of November, 2017.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/Alan D. Schuchman
Alan D. Schuchman, WSBA #45979
Rochelle Y. Nelson, WSBA #48175
SKELLENGER BENDER, P.S.
1301 – 5th Avenue, Ste. 3401
Seattle, WA 98101-2605
Telephone: 206-623-6501
Facsimile: 206-447-1973
Substituting Attorneys for Defendant Flight Services and Systems, Inc.

ORDER GRANTING MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL – 2

| skellengerbender |

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

015162-00101  Substitution of Counsel.docx