1

HONORABLE ROBERT S. LASNIK

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

ANANAIS ALLEN, an individual, and AUSTIN CLOY, an
individual,

11

Plaintiffs,

v.

12

FLIGHT SERVICES AND SYSTEMS, INC., a foreign
corporation,

13

14

Defendants.

15

No. 2:16-cv-1137-RSL

**STIPULATED
[PROPOSED] ORDER
ALLOWING CLASS
MEMBERS TO OPT-OUT
OF CLASS ACTION**

NOTE ON MOTION
CALENDAR: February 22,
2018

16

## STIPULATION

17

On February 20, 2018, certain class members[1] ("Opt-Outs") filed a Notice of Opt-

18

19

20

21

22

23

---

[1] Neetu Gaday, Alvin Duncan Jr., Isaiah Finch, Jelena Calugay, Jordan McEachin, Maelynn Lautalo, Tsegaye
Angassa, Kheiro Adow Abdi, Muje Usman, Brandon Madsen, Aden Hassan, Ali Yesuf, Ardo Ali, Desalegn
Asrat, Edwin Palaganas, Emebet Gebremariam, Ephrem Embeka, Eyob Tedla, Fatima Wasye, Felirose
Vasquez, Fitsum Kotiso (aka "Fitsum Koteso"), Frewoine Mogess, Getachew Ambaw, Habtamu Yehuala,
Hibo Ali, Hirut B. Tamerate, Ibrahim Shour, Jaime R. Benitez, James P. Edoria, Kedir S. Mohammed,
Khadija Hassan, Margnesh Bereda, Mesfin M. Yeshewawerk, Mulualem Mandafro (aka "Mulualem
Mandrfro"), Oxana Podolschi, Ramil Garcia (aka "Ramill Garcia"), Sara Engidawork, Susan Offril, Tewodros
Messele, Tigist Menji, Tilahun Abebe, Tirengo Tadege, Tshay Beyene, Aaisha Hirsi, Abdirahman Ahmed,
Abigail Caymol, Abiye Dargie, Ahmed Mohamed, Aida V. Enriquez, Alem Belete, Amran Hassan, Antonio
Miller, Asfha Yourdanos, Azeb Fantaye, Bereket T. Satore, Bezabeh Ambaw, Charles Dukes III, Christopher
Macapagal, Crispulo A. Garcia, Dagne Fekerte, Dereje Dejene (aka "Dreje Dejene"), Ditutu Waditutu, Don

STIPULATED ORDER ALLOWING CLASS
MEMBERS TO OPT-OUT OF CLASS ACTION --
Page 1

WASHINGTON WAGE CLAIM PROJECT
810 THIRD AVENUE, SUITE 500
SEATTLE, WA 98104
(206) 340-1840 FAX (206) 682-2305

1

2

Outs (Dkt. No. 42), electing to opt-out of the present class action in order to have their claims

3

resolved in the King County Superior Court action *Gaday et al. v. Flight Services & Systems,*

4

*Inc. et al.*, Cause No. 18-2-03803-1 KNT.  The parties hereby stipulate that the Opt-Outs be

5

allowed to opt-out of this class action case in order to pursue their claims in the state court

6

action.

7

DATED February 22, 2018.

8

By: /s/  Beau C. Haynes
David N. Mark, WSBA #13908

9

Beau C. Haynes, WSBA #44240
Washington Wage Claim Project

10

810 Third Avenue, Suite 500
Seattle, Washington 98104

11

Telephone:  (206) 340-1840
Fax:  (206) 682-2305

12

E-mail:  david@wageclaimproject.org
E-mail:  beau@ wageclaimproject.org

13

*Attorneys for Opt-Outs Listed Above*

14

15

By: /s/  Mark A. Trivett, per email
authorization

16

Duncan C. Turner, WSBA # 20597
Mark A. Trivett, WSBA # 46375

17

19929 Ballinger Way NE, Suite 200

By: /s/ Rochelle Y. Nelson, per email
authorization
Alan D. Schuchman, WSBA #45979
Rochelle Y. Nelson, WSBA #48175
SKELLENGER BENDER, P.S.
1301 – 5th Avenue, Ste. 3401
Seattle, WA 98101-2605
Telephone: 206-623-6501
Facsimile: 206-447-1973
aschuchman@skellengerbender.com
rnelson@skellengerbender.com

*Attorneys for Defendant Flight Services &
Systems, Inc.*

18

19

20

21

22

23

Joseph Aguilar, Earl L. Stevenson II, Elmira A. Akhmedova, Evelyn Olano, Fiseha Kotiso, Genmu Miller, Haimanot Feser, Hargewoini Seretse, Hilda Duran, Hiwot Alemu, Hosea P. Wilcox, Intisar Ibrahim, Jabril A. Ibrahim, Jay Allan Carinio Torres, Jose Cervano, Karl Rodrigues, Koresho Mohammed, Lemlem Areda, Lewam Hailu, Loaajan Rajan, Lyudmila Aleksyuk, Concepcion Aguilar, Mazi Belete, Mehari Tesfagergish, Merleeh L. Carinio, Mohamed Gassim, Narciso Dela Cruz, Jr. (aka "Narcisco Dela Cruz"), Orven Xaviery Oligo, Princyprasath Rajan, Ramon Bartolome Jr., Reydante Ednalino, Rogelio Tabadero, Roger Arenas, Rose C. Maiyo, Roy Pode, Sabrina Joyce Stevenson, Saida H. Gure, Sathiyabama Rajan, Sergio Amora, Simone Messele (formerly known as "Tlahun Maru"), Siraad H. Nuur, Sirak Belay, Solomle Gebretsadik, Tegegne Ferede, Tenaye Bufiso, Tesfanesh Garbado (aka "Tesfanesh Garado"), Tomas Dimailig, Veronica Parker, Wondiyrade Lakew, Yekaterina Malevannaya, Yi Wang, Yilma Wako, Vilma Macapagal, Jessica Bacanto, Danica Bautista, Charles Stromvall, and Leakana Seng.

STIPULATED ORDER ALLOWING CLASS
MEMBERS TO OPT-OUT OF CLASS ACTION –
Page 2

1      Seattle, WA 98155
        Telephone: (206) 621-6566
2      Email: dturner@badgleymullins.com
        Email: mtrivett@badgleymullins.com

3

        *Attorneys for Class*

4

5                        **ORDER**

6         Based on the Stipulation above, the Court **Orders** that the class members listed

7 above as "Opt-Outs" are hereby opted-out of the present class action case.

8

9      Dated this **23ʳᵈ** day of February, 2018.

10

11                          _____

12                  The Honorable Robert S. Lasnik

13

14 Presented by:

15 WASHINGTON WAGE CLAIM PROJECT

16 /s/ Beau C. Haynes
     Beau C. Haynes, WSBA #44240
     *Attorneys for Opt-Outs Listed Above*

17

18 Approved as to form, notice of presentation waived:

19 SKELLENGER BENDER, P.S.

20 /s/ Rochelle Y. Nelson, per email authorization
     Rochelle Y. Nelson, WSBA #48175
     *Attorneys for Defendant Flight Services & Systems, Inc.*

21

22 BADGLEY MULLINS TURNER PLLC

23 By: /s/ Mark A. Trivett, per email authorization

STIPULATED ORDER ALLOWING CLASS
MEMBERS TO OPT-OUT OF CLASS ACTION –
Page 3

1    Mark A. Trivett, WSBA # 46375
      *Attorneys for Class*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATED ORDER ALLOWING CLASS
MEMBERS TO OPT-OUT OF CLASS ACTION –
Page 4

WASHINGTON WAGE CLAIM PROJECT
810 THIRD AVENUE, SUITE 500
SEATTLE, WA 98104
(206) 340-1840  FAX (206) 682-2305