IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANANAIS ALLEN, an individual, and AUSTIN CLOY, an individual,<br><br>        Plaintiffs,<br>v.<br><br>FLIGHT SERVICES AND SYSTEMS, INC., a foreign corporation,<br><br>        Defendant. | Case No. 2:16-cv-1137-RSL<br><br>**ORDER GRANTING FINAL APPROVAL** |

WHEREAS, Plaintiffs and Defendant Flight Services and Systems, Inc. ("FSS") have agreed to a settlement in the above-captioned class action, and

WHEREAS, the Court, having considered the proposed settlement, the remainder of the file, and the arguments of Parties' counsel,

IT IS HEREBY FOUND, ORDERED, ADJUDGED, AND DECREED THAT:

1)      The Court hereby finally and unconditionally certifies the Class defined below:

All employees of the Defendant who are alleged to have been either Hospitality Workers or Transportation Workers and who worked one or more hours within the City of SeaTac at any time during the time period from January 1, 2014, to February 14, 2016, and who were paid less than the prevailing minimum wage prescribed by City of SeaTac Ordinance 7.45.050, i.e., a base rate of $15.00 per hour in 2014 and $15.24 in 2015 and 2016.

ORDER GRANTING FINAL APPROVAL - 1

2)     The Settlement Agreement, which requires FSS to pay Five Hundred, Forty Thousand Dollars and Zero Cents ($540,000.00) as consideration to Class Members, was the result of arm's length negotiations between FSS and Class Counsel. The Settlement Agreement is fair and reasonable.

3)     The Court approves the proposed class action settlement and orders the following: (a) FSS is directed to fund the settlement, (b) FSS is authorized to distribute the Settlement Funds, and (c) FSS is directed to distribute the attorney's fees and incentive awards as provided in the "Order Granting Motion for Attorney's Fees and Incentive Awards," of even date.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2018.

*Mnr S Lasnik*

**Honorable Robert S. Lasnik**

PRESENTED BY:

BADGLEY MULLINS TURNER PLLC

*s/ Duncan C. Turner*
Duncan C. Turner, WSBA # 20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone:  (206) 621-6566
Email:  dturner@badgleymullins.com
**Attorneys for Plaintiffs and Class**

LAW OFFICE OF DANIEL R. WHITMORE

*s/ Daniel R. Whitmore*
Daniel R. Whitmore, WSBA No. 24012
2626 15th Avenue West, Suite 200
Seattle, WA 98119
Telephone: (206) 329-8400
Email: dan@whitmorelawfirm.com
**Attorneys for Plaintiffs and Class**